Paul Bradley and Victoria J. Meyers, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBY GRANT, Defendant-Appellant.

(No. 61258; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

First District (1st Division)—July 7, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (John X. Breslin, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.